No. 136. HUDSON COAL COMPANY v. COMMONWEALTH OF PENNSYLVANIA. Error to the Supreme Court of the State of Pennsylvania. October 3, 1927. Dismissed with costs, per stipulation of counsel. *Messrs. John H. Barnes, William S. Snyder* and *H. T. Newcomb* for plaintiff in error. *Messrs. George W. Woodruff* and *John R. Jones* for defendant in error.

No. 378. UNITED STATES, USE OF UNION GAS ENGINE COMPANY v. NEWPORT SHIPBUILDING CORPORATION, LIMITED, NATIONAL SURETY COMPANY. On petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit. October 17, 1927. Dismissed on motion of *Messrs. Edmund L. Jones, Frank J. Hogan* and *Thomas M. Fields* for petitioner. *Messrs. Wm. H. White* and *Ellwood P. Morey* for respondents.

No. 381. WELDON J. BAILEY v. STATE OF ARIZONA, ON RELATION OF JOHN W. MURPHY, ATTORNEY GENERAL. On petition for a writ of certiorari to the Supreme Court of the State of Arizona. October 17, 1927. Dismissed for failure to comply with the rules. *Messrs. Weldon J. Bailey, pro se,* and *John W. Ray* for petitioner. No appearance for respondent.

No. 578. WILLIAM R. BERRY v. C. A. BATES ET AL. Error to the District Court of Appeal, First Appellate District, State of California. October 17, 1927. Dismissed on motion of *Mr. R. M. F. Soto* for plaintiff in error. No appearance for defendants in error.

No. 55. RAILROAD COMMISSION OF WISCONSIN, JOHN J. BLAINE, GOVERNOR, ET AL. v. CHICAGO AND NORTH WESTERN RAILWAY COMPANY ET AL. Appeal from the